**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6340**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

VERNON BRYANT, a/k/a Raymond Jackson, a/k/a Cully, a/k/a
Samual Barry,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:97-cr-00352-REP-1)

Submitted:  April 20, 2009         Decided:  May 11, 2009

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vernon Bryant, Appellant Pro Se.   Stephen Wiley Miller,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon Bryant appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Bryant</u>, No. 3:97-cr-00352-REP-1 (E.D. Va. Dec. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>